IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES ROBERT BAKER,
    Plaintiff,

vs.                                    Case No. 3:08cv295/RV/EMT

D. LIADACKER, et al.,
    Defendants.
_____/

**O R D E R**

       Plaintiff initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 and a motion for leave to proceed in forma pauperis (Docs. 1, 2).

       Plaintiff's application to proceed in forma pauperis shall be denied, without prejudice, as it is incomplete. A prisoner seeking to bring a civil action without prepayment of the filing fee must submit a certified copy of the trust fund account statement for his inmate account for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(a). In this case, as the complaint was filed July 7, 2008 (*see* Doc. 1 at 8), the period involved is from January 7, 2008 through July 7, 2008. Although Plaintiff submitted a printout from his inmate account, the printout shows the activity in his account for only the months of January, February, March, and May of 2008; it does not include information for the months of April and June, as required (*see* Doc. 2). Furthermore, the Prisoner Consent Form and Financial Certificate submitted by Plaintiff was not signed by an authorized prison official. Before this matter may proceed, Plaintiff must either pay the filing fee of $350.00 or obtain leave to proceed in forma pauperis by filing a fully and properly completed application and attachments. No further action will occur in this case until the matter of the filing fee is resolved.

       Accordingly, it is **ORDERED**:

1. Plaintiff's application to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

2. The clerk is directed to forward to Plaintiff an in forma pauperis application for use by prisoners.

3. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall either pay the filing fee of $350.00 or submit a fully completed application to proceed in forma pauperis.

4. Plaintiff's failure to comply with this order may result in the dismissal of this case.

**DONE AND ORDERED** this 16th day of July 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**