**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CHARLES ROBERT BAKER,**

    **Plaintiff,**

vs.                                          Case No. 3:08cv295-RV/WCS

**D. LIADACKER, et al.,**

    **Defendants.**

_____

**ORDER**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 15, 2009.  The parties have has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's motion for a temporary restraining order and preliminary injunction, doc. 29, is **DENIED** and this case **REMANDED** for further proceedings.

    **DONE AND ORDERED** this 18th of May, 2009.

                                               /s/ *Roger Vinson*
                                               **ROGER VINSON**
                                               **Senior United States District Judge**