IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES ROBERT BAKER,

    Plaintiff,

vs.                                Case No. 3:08cv295-RV/WCS

D. LIADACKER, et al.,

    Defendants.

**ORDER**

    This cause comes on for consideration upon the magistrate judge's second report and recommendation dated August 31, 2009. The parties have has been furnished a copy of the second report and recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's second report and recommendation is adopted and incorporated by reference in this order.

    2. The Defendants' motion to dismiss, doc. 48, is hereby **GRANTED,** and Plaintiff's amended complaint, doc. 21, is **DISMISSED** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e) and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and the Clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **DONE AND ORDERED** this 13th day of October, 2009.

                                  */s/ Roger Vinson*
                                  **ROGER VINSON**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**